**Order entered June 4, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01278-CV

**DENNIS JAMES POLEDORE, JR., Appellant**

**V.**

**CHERI YOLANDA DANIEL, Appellee**

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-10565**

## ORDER

Before the Court is appellee's May 31, 2019 third motion for an extension of time to file her brief on the merits. We **GRANT** the motion. We **ORDER** the brief tendered to this Court by appellee on June 3, 2019 filed as of the date of this order.

/s/ KEN MOLBERG
   JUSTICE